UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSE GARCIA-COSME, | : | Civil No. 06-5698 (RBK) |
| Petitioner, | : | |
| v. | : | **O R D E R** |
| U.S. PAROLE COMMISSION, | : | (CLOSED) |
| Respondent. | : | |

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Jose Garcia-Cosme, and the Court having considered the written submissions of the parties and the relevant administrative record, and for the reasons set forth in the Opinion filed herewith,

IT IS on this ___5th___ day of ___October___, 2007,

ORDERED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DENIED for lack of merit; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail and shall forward the Order to the attorney for Respondent by way of electronic filing; and it is finally

ORDERED that the Clerk is directed to close the file accordingly.

S/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge
